

D. Anthony (Tony) Mastando*
Teri Ryder Mastando
Eric J. Artrip
*Also licensed to practice in Washington, DC and New York

301 Washington Street, Suite 302
Huntsville, AL 35801
P: 256.532.2222 F: 256.513.7489

June 5, 2013

Kevin M. Morris, Esq.
SPARKMAN, SHEPARD & MORRIS, P.C.
P.O. Box 19045
Huntsville, Alabama 35804

RE: *Sherry Thompson, et al. v.* ▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Dear Mr. Morris:

Sherry Thompson's settlement breakdown for the above-referenced case is as follows:

| Settlement Total: | $66,071.36 |
|---|---|
| Attorneys' Fee: | (26,428.54) |
| Case Expenses: | (5,177.65) |
| Total for Client: | $34,465.17 |

Please let me know if you need any additional information from me or my staff and I will be happy to provide it as quickly as possible. With regards, I am,

Sincerely,

MASTANDO & ARTRIP, LLC

Eric J. Artrip

EJA/cw

cc: Michael Timberlake, Esq.
Ed Gentle, Esq.
Herman Watson, Jr., Esq.
Mark Kosieradzki, Esq.
Greg Cusimano, Esq.
Emily Raley, Esq.